| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    RAYMOND V. JANDURA<br>    LORI L. JANDURA | Case No.:  17-29724<br><br>Judge:  JOHN K. SHERWOOD |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: August 27, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): RAYMOND V. JANDURA
LORI L. JANDURA

Case No.: 17-29724JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of ANESTHESIA ASSOCIATES OF MORRISTOWN, Court Claim Number 8, be reduced to amount paid to date through the plan by the Standing Trustee.