| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Raymond V. Jandura<br>Lori L. Jandura | Case No.    17-29724<br>Chapter:    13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Raymond V. Jandura__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __September 21, 2022__    /s/ Raymond V. Jandura
                                Raymond V. Jandura
                                Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*