UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Raymond V. Jandura
Lori L. Jandura

Case No.: 17-29724

Chapter: 13

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Lori L. Jandura**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [x] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **September 21, 2022**

/s/ Lori L. Jandura
Lori L. Jandura
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18