**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond V. Jandura<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8045<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lori L. Jandura<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3061<br>EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–29724–JKS

## Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond V. Jandura                                Lori L. Jandura

11/10/22                                          **By the court:** John K. Sherwood
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond V. Jandura  
Lori L. Jandura  
    Debtors

Case No. 17-29724-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 7  
Date Rcvd: Nov 10, 2022      Form ID: 3180W      Total Noticed: 160

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond V. Jandura, Lori L. Jandura, 390 Sand Shore Road, Hackettstown, NJ 07840-5508 |
| aty | + | William M. E. Powers, III, Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| cr | + | Proponent Federal Credit Union, McKenna, DuPont, Higgins & Stone, 229 Broad Street, Red Bank, nj 07701-2009 |
| cr | + | Proponent Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517093037 | | Advanced Spinal Care & Associates LLC, PO Box 2266, Morristown, NJ 07962-2266 |
| 517093038 | + | Advocare Agarwal Gastro, Sudhir K Agarwal MD, 70 Sparta Avenue, Suite 207, Sparta, NJ 07871-1760 |
| 517093044 | | Anesthesia Associates, c/o David B. Watner, Attorney at Law, 1129 Bloomfield Avenue, PO Box 6189, Caldwell, NJ 07007-6189 |
| 517163660 | + | Anesthesia Associates of Morristown, c/o Gem Recovery Systems, 800 Kindermack Road, Suite 206N, Oradell, NJ 07649-1554 |
| 517093045 | + | Anesthesia Associates of Morristown, PA, PO Box 24002, Newark, NJ 07101-0410 |
| 517093048 | + | Atlantic Health System, Hackettstown Medical Center, 475 South Street, Morristown, NJ 07960-6459 |
| 517093047 | + | Atlantic Health System, Morristown Medical Center, 475 South Street, Morristown, NJ 07960-6459 |
| 517093050 | | B&B Collection, Inc, PO BOX 2137, Toms River, NJ 08754-2137 |
| 517093062 | + | CITI, PO Box 790041, Saint Louis, MO 63179-0041 |
| 517093055 | + | Care Centrix, 20 Church Street, Suite 900, Hartford, CT 06103-1248 |
| 517093056 | + | Carrie A. Brown, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 517093059 | + | Central Morris Neurology PA, 170 East Main Street, Rockaway, NJ 07866-3530 |
| 517093065 | + | Club Explore at King's Creek Plantation, 191 Cottage Cove Lane, Williamsburg, VA 23185-5811 |
| 517093066 | | Cohen & Schwartz Dental DMD, PA, Village Green Shopping Center, 100 Rt 46 West Suite 13, Budd Lake, NJ 07828-1706 |
| 517093071 | + | Court Officer, Superior Court of New Jersey, Warren Special Civil Part, 413 2nd Street PO Box 900, Belvidere, NJ 07823-0900 |
| 517093075 | + | Drayer Assoc Physical Therapy Institute, 13 Main Street, Suite 4, Sparta, NJ 07871-1915 |
| 517093076 | | Efficient Recovery Services, PO Box, Brookside, NJ 07926 |
| 517093077 | | Emergency Physicians of Saint Clares LLC, PO Box 51028, Newark, NJ 07101-5128 |
| 517093078 | + | Emmaus Surgical Center, 57 Rte 46, Suite 104, Hackettstown, NJ 07840-2695 |
| 517093084 | + | Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110-3600 |
| 517093087 | + | GC Services Limited Partnership, PO Box 1545, Houston, TX 77251-1545 |
| 517093088 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 517093097 | + | HSS Collection Agency, PO BOX 116, Cliffside Park, NJ 07010-0116 |
| 517093090 | | Hackettstown Anesthesia Associates, 651 Willow Grove Street, Hackettstown, NJ 07840-1799 |
| 517093091 | | Hackettstown Emergency Medical Associate, PO Box 5483, Parsippany, NJ 07054-6483 |
| 517093092 | + | Hackettstown Medical Center, 651 Willow Grove, Hackettstown, NJ 07840-1797 |
| 517315689 | | Hackettstown Medical Center, Attn: CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517093093 | + | Hackettstown Radiology Assoc, 115 Grand Ave, PO Box 655, Hackettstown, NJ 07840-0655 |
| 517093095 | + | High Focus Centers, 680American Ave, Suite 302, King of Prussia, PA 19406-4023 |
| 517093098 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC System Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517093099 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems Inc, |

Case 17-29724-JKS    Doc 62    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 4 of 9

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 160 |

|  |  |  |
|---|---|---|
|  |  | PO BOX 64437, Saint Paul, MN 55164-0437 |
| 517093100 | + | ImageCare, 89 Sparta Avenue, Suite 110, Sparta, NJ 07871-1791 |
| 517093104 | + | Law Offices of Frederic I. Weinberg & As, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 517093112 | ++++ | MORRIS IMAGING ASSOC II, P. A., PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Morris Imaging Assoc II, P. A., PO BOX 6750, Portsmouth, NH 03802 |
| 517093106 | + | Memorial Radiology Associates LLC, 66 Maple Ave, Morristown, NJ 07960-5250 |
| 517093107 | + | Meridian Financial Svc, P.o. Box 1410, Asheville, NC 28802-1410 |
| 517093108 | + | Michael Harrison Esq, 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 517093109 | + | Midland Credit Management, Inc., 2355 Northside Drive, Suite 300, San Diego, CA 92108-2708 |
| 517093116 | + | Neuro-Specialists of Morris-Sussex PA, 350 Sparta Avenue, Sparta, NJ 07871-1120 |
| 517093117 | + | Northern NJ Ortho Specialists, PO BOX 297, Cedar Knolls, NJ 07927-0297 |
| 517093118 |  | Northland Group Inc, PO Box 129, Thorofare, NJ 08086-0129 |
| 517093124 | #+ | Portfolio Recovery, 287 Independence, Virginia Beach, VA 23462-2962 |
| 517093129 |  | Professional Bureau of Collections of, Maryland Inc, PO Box 32006, Birmingham, AL 35222-1308 |
| 517093130 | + | Progressive Financial Services, PO BOX 22083, Tempe, AZ 85285-2083 |
| 517093137 | + | RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517093132 | + | Randolph Center for Oral & Maxillofacial, 447 Route 10, Suite 5, Randolph, NJ 07869-2132 |
| 517093138 |  | Saint Clare's Health System, PO BOX 35577, Newark, NJ 07193-5577 |
| 517319459 |  | St Clare's Behavioral Health, C/O CCCB, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 517093141 | + | St Clare's dba Revenue Guard, PO Box 28315, New York, NY 10087-8315 |
| 517093142 | + | St. Clare's Health System, PO Box 35577, Newark, NJ 07193-5577 |
| 517093143 |  | St. Clare's Hospital, P.O Box 35577, Newark, NJ 07193-5577 |
| 517315683 |  | St. Clare's Hospital, Attn: CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517093144 | + | St. Clare's Hospital Denville, 25 Pocono Road, Denville, NJ 07834-2954 |
| 517093145 |  | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517093163 |  | Transworld System, Inc, Collection Agency, Raritan Plaza II, # A 23, Edison, NJ 08837 |
| 517093164 | #+ | Trojan Professional Se, 4410 Cerritos Ave, Los Alamitos, CA 90720-2549 |
| 517093165 | #+ | Trojan Professional Services Inc., 4410 Cerritos Avenue, Los Alamitos, CA 90720-2549 |
| 517093168 | + | Vital Recovery Services Inc, PO BOX 923748, Peachtree Corners, GA 30010-3748 |
| 517151353 | + | Westgate Town Center Owners Assoc Inc, 2801 Old Winter Garden Rd, Ocoee FL 34761-2965 |
| 517093170 | + | Womens Diagnostic Center/ImageCare, 89 Sparta Avenue, Sparta, NJ 07871-1777 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 10 2022 21:05:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/Text: servicingnotification@primeres.com | Nov 10 2022 21:06:00 | Primary Residential Mortgage, Inc., P.O. Box 1890, Colorado City, AZ 86021-1890 |
| cr | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517093046 | | Email/Text: legal@arsnational.com | Nov 10 2022 21:05:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 517093035 | + | Email/Text: mreed@affcollections.com | Nov 10 2022 21:06:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517093036 | ^ | MEBN | Nov 10 2022 21:00:49 | Advanced Call Centr Technologies LLC, PO BOX 9091, Gray, TN 37615-9091 |
| 517093039 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 10 2022 21:04:00 | Alliance One Receivables Management Inc, 4850 Street Rd, Suite 300, Trevose, PA 19053-6643 |
| 517093042 | + | Email/Text: bkrpt@retrievalmasters.com | | |

Case 17-29724-JKS    Doc 62    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
                               Certificate of Notice    Page 5 of 9

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 160 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 10 2022 21:06:00 | American Medical Collection, 4 Westchester Plaze, Suite 110, Elmsford, NY 10523-1615 |
| 517093043 | + | Email/Text: bkrpt@retrievalmasters.com | | |
| | | | Nov 10 2022 21:06:00 | American Medical Collection Agency, 2269 S. Saw Mill River Road, Elmsford, NY 10523-3832 |
| 517093052 | + | EDI: BANKAMER.COM | | |
| | | | Nov 11 2022 01:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517093051 | + | EDI: BANKAMER.COM | | |
| | | | Nov 11 2022 01:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517270648 | + | EDI: BANKAMER2.COM | | |
| | | | Nov 11 2022 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517093058 | + | EDI: CBCSI.COM | | |
| | | | Nov 11 2022 01:53:00 | CBCS, 236 East Towne Street, Columbus, OH 43215-4631 |
| 517093053 | + | EDI: CAPITALONE.COM | | |
| | | | Nov 11 2022 01:53:00 | Capital One / Costco, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517093054 | + | EDI: CAPITALONE.COM | | |
| | | | Nov 11 2022 01:53:00 | Capital One / Costco, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 517168150 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Nov 10 2022 21:12:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517093057 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Nov 10 2022 21:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517093060 | + | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | | Nov 10 2022 21:06:00 | Certified Credit & Collection Bureau, 69 Readington Road, Branchburg, NJ 08876-3557 |
| 517093063 | | EDI: CITICORP.COM | | |
| | | | Nov 11 2022 01:53:00 | Citi Cards, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 517093064 | + | Email/Text: mediamanagers@clientservices.com | | |
| | | | Nov 10 2022 21:04:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517093067 | + | EDI: WFNNB.COM | | |
| | | | Nov 11 2022 01:53:00 | Comenity Bank/Dress Barn, Po Box 182125, Columbus, OH 43218-2125 |
| 517093068 | + | EDI: WFNNB.COM | | |
| | | | Nov 11 2022 01:53:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 517093070 | + | EDI: WFNNB.COM | | |
| | | | Nov 11 2022 01:53:00 | Comenity Bank/Lane Bryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 517093069 | + | EDI: WFNNB.COM | | |
| | | | Nov 11 2022 01:53:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 517307101 | + | EDI: WFNNB.COM | | |
| | | | Nov 11 2022 01:53:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517093072 | + | Email/Text: clientservices@credit-control.com | | |
| | | | Nov 10 2022 21:06:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 517093074 | + | EDI: CRFRSTNA.COM | | |
| | | | Nov 11 2022 01:53:00 | Credit First/CFNA, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517093073 | + | EDI: CRFRSTNA.COM | | |
| | | | Nov 11 2022 01:53:00 | Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 517093081 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Nov 10 2022 21:06:00 | ERC, 8014 Batberry Rd, Jacksonville, FL 32256-7412 |
| 517093082 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Nov 10 2022 21:06:00 | ERC, P.O Box 57610, Jacksonville, FL 32241-7610 |
| 517093080 | ^ | MEBN | | |
| | | | Nov 10 2022 20:58:54 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517093083 | ^ | MEBN | | |
| | | | Nov 10 2022 21:00:28 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517093086 | ^ | MEBN | | |

Case 17-29724-JKS    Doc 62    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 6 of 9

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 160 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 10 2022 21:01:16 | FMS Inc, PO BOX 707600, Tulsa, OK 74170-7600 |
| 517093085 | + | Email/Text: crdept@na.firstsource.com | Nov 10 2022 21:06:00 | FirstSource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 519057912 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 10 2022 21:05:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519057913 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 10 2022 21:05:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 517093089 | | Email/Text: bankruptcy@affglo.com | Nov 10 2022 21:06:00 | Global Credit & Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 517093094 | + | Email/Text: lori.rudolph@atlantichealth.org | Nov 10 2022 21:06:00 | Hackettstown Regional Medical Center, PO BOX 2, Hackettstown, NJ 07840-0002 |
| 517093096 | + | EDI: CITICORP.COM | Nov 11 2022 01:53:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517093098 | | EDI: LCIICSYSTEM | Nov 11 2022 01:53:00 | IC System Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517093099 | | EDI: LCIICSYSTEM | Nov 11 2022 01:53:00 | IC Systems Inc, PO BOX 64437, Saint Paul, MN 55164-0437 |
| 517093101 | | EDI: IRS.COM | Nov 11 2022 01:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517093061 | | EDI: JPMORGANCHASE | Nov 11 2022 01:53:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517093103 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2022 21:04:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517093102 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2022 21:04:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517093110 | | Email/Text: compliance@monarchrm.com | Nov 10 2022 21:05:00 | Monarch Recovery Management Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 517093113 | ^ | MEBN | Nov 10 2022 21:01:01 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 517093105 | + | Email/Text: laura@redbanklaw.com | Nov 10 2022 21:04:00 | McKenna, DuPont Higgins & Stone, 229 Broad Street, PO BOX 610, Red Bank, NJ 07701-0610 |
| 517199406 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 21:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517093114 | | Email/Text: NCI_bankonotify@ncirm.com | Nov 10 2022 21:04:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 517093119 | ^ | MEBN | Nov 10 2022 20:58:52 | Northstar Location Services LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 517093120 | | Email/Text: ksoto@pandbcapitalgroup.com | Nov 10 2022 21:04:00 | P & B Capital Group, LLC, 455 Center Road, West Seneca, NY 14224 |
| 517093123 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517093125 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 517093126 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates LLC, PO BOX 12914, Norfolk, VA 23541 |
| 517134320 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 517134184 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Lane |

Case 17-29724-JKS    Doc 62    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 7 of 9

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 160 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bryant, POB 41067, Norfolk VA 23541 |
| 517134187 | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 517134287 | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o TJX, POB 41067, Norfolk VA 23541 |
| 517093127 | Email/Text: signed.order@pfwattorneys.com | Nov 10 2022 21:05:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517093131 | Email/Text: collections@profcu.org | Nov 10 2022 21:04:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |
| 517093121 | + EDI: RMSC.COM | Nov 11 2022 01:53:00 | PayPal Credit Services, PO Box 5138, Timonium, MD 21094-5138 |
| 517093122 | + Email/Text: bankruptcy@pinnaclerecovery.com | Nov 10 2022 21:07:00 | Pinnacle Recovery, PO BOX 130848, Carlsbad, CA 92013-0848 |
| 517093128 | + Email/Text: servicingnotification@primeres.com | Nov 10 2022 21:06:00 | Primary Residential Mo, P.o. Box 593, Salt Lake City, UT 84110-0593 |
| 517093135 | Email/Text: clientservices@remexinc.com | Nov 10 2022 21:05:00 | REMEX Revenue Management, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517093136 | + Email/Text: bk@rgsfinancial.com | Nov 10 2022 21:04:00 | RGS, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 517093133 | + Email/Text: clientservices@remexinc.com | Nov 10 2022 21:05:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517093134 | + Email/Text: clientservices@remexinc.com | Nov 10 2022 21:05:00 | Remex Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 518162446 | ^ MEBN | Nov 10 2022 21:00:27 | RoundPoint Mortgage Servicing Corporation, PO Box 19409, Charlotte, NC 282199409 |
| 518162447 | ^ MEBN | Nov 10 2022 21:00:27 | RoundPoint Mortgage Servicing Corporation, PO Box 19409, Charlotte, NC 282199409, RoundPoint Mortgage Servicing Corporatio, PO Box 19409, Charlotte, NC 282199409 |
| 518140050 | + Email/Text: bncmail@w-legal.com | Nov 10 2022 21:06:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140051 | + Email/Text: bncmail@w-legal.com | Nov 10 2022 21:06:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517093139 | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 517093140 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 10 2022 21:01:46 | Secretary of Housing & Urban Development, 451 Seventh Street S.W., Washington, DC 20410-0002 |
| 517093147 | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 10 2022 21:05:00 | Sunrise Credit Services, Inc, PO BOX 9100, Farmingdale, NY 11735-9100 |
| 517093148 | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517307809 | + EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517098344 | + EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517093149 | + EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 517093150 | + EDI: RMSC.COM | | |

| Recip ID | | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 11 2022 01:53:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517093151 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 517093152 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517093153 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 517093154 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517093156 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517093155 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank/TJX, Po Box 965064, Orlando, FL 32896-5064 |
| 517307100 | + | Email/Text: bncmail@w-legal.com | Nov 10 2022 21:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517093159 | | EDI: RMSC.COM | Nov 11 2022 01:53:00 | TJX Rewards/Syncb, PO Box 530948, Atlanta, GA 30353-0948 |
| 517093157 | | EDI: WTRRNBANK.COM | Nov 11 2022 01:53:00 | Target National Bank, PO BOX 660170, Dallas, TX 75266-0170 |
| 517093158 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 10 2022 21:06:00 | The CBE Group, Inc, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 517093161 | + | EDI: WTRRNBANK.COM | Nov 11 2022 01:53:00 | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517093160 | + | EDI: WTRRNBANK.COM | Nov 11 2022 01:53:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517093162 | ^ | MEBN | Nov 10 2022 21:00:18 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517093166 | + | EDI: URSI.COM | Nov 11 2022 01:53:00 | United Recovery Systems, 5800 North Course Drive, Houston, TX 77072-1613 |
| 517093167 | | EDI: URSI.COM | Nov 11 2022 01:53:00 | United Recovery Systems, PO BOX 722929, Houston, TX 77272-2929 |
| 517093169 | | Email/Text: bankruptcy_notices@wgresorts.com | Nov 10 2022 21:05:00 | Westgate Resorts, Town Center, 2770 Old Lake Wilson Road, Kissimmee, FL 34747 |

TOTAL: 98

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517093049 | *+ | Atlantic Health System, Hackettstown Medical Center, 475 South Street, Morristown, NJ 07960-6459 |
| 517093111 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 517093040 | ##+ | Allied Interstate, PO BOX 361477, Columbus, OH 43236-1477 |
| 517093041 | ## | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 517093079 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |
| 517093115 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 517093146 | ##+ | Stillman Law Office, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 0 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Proponent Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Scott E. Tanne | on behalf of Debtor Raymond V. Jandura ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Scott E. Tanne | on behalf of Joint Debtor Lori L. Jandura ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Primary Residential Mortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Primary Residential Mortgage  Inc. ecf@powerskirn.com |

TOTAL: 9